## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

VALERIE CARROL,

     Plaintiff,

v.                                     Case No: 8:16-cv-3242-T-17AEP

BRANDYWYNE CONVALESCENT
CENTER, INC.,

     Defendant.

_____

### ORDER APPROVING SETTLEMENT AGREEMENT

     Before the Court is the motion to approve settlement (the "**Motion**") (Doc. No. 24). The Court reviews and scrutinizes proposed settlements for fairness when suits are "brought directly by employees against their employer under section 216(b) to recover back wages for FLSA violations." Lynn's Food Stores. Inc. v. United States, 679 F.2d 1350, 1353 (11th Cir. 1982).

     Having reviewed the Motion and the proposed settlement agreement, it is **ORDERED** that the Motion is **GRANTED.** The settlement agreement is **APPROVED,** and the case is **DISMISSED WITH PREJUDICE.** The Clerk is directed to close this case, and to terminate any pending motions.

     **DONE** and **ORDERED** in Chambers, in Tampa, Florida this 8th day of August, 2017.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record